O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBIE RAY PRECKWINKLE, an individual; STEPHEN RICE, an individual; CHAD SIVA, an individual, | Case No. EDCV 05-00626-VAP(SGLx) |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| COACHELLA VALLEY WATER DISTRICT, a public agency, | |
| Defendant. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed on August 30, 2011 (Doc. No. 210), IT IS ORDERED AND ADJUDGED that:

• Judgment is entered in favor of Defendants and Plaintiffs shall take nothing as to Plaintiffs' claim for interference with a federal right;

• Judgment is entered in favor of Defendants and Plaintiff Bobbie Ray Preckwinkle shall take nothing as to Plaintiff's trespass claim;

1    •   Judgment is entered in favor of Defendants and

2        Plaintiffs shall take nothing as to Plaintiffs'

3        conversion claim;

4    •   Judgment is entered in favor of Defendants and

5        Plaintiffs shall take nothing as to Plaintiffs' claim

6        under 42 U.S.C. § 1983;

7    •   Judgment is entered in favor of Defendants and

8        Plaintiffs shall take nothing as to Plaintiffs'

9        unlawful taxation claim;

10   •   Judgment is entered in favor of Defendants and

11       Plaintiffs shall take nothing as to their declaratory

12       judgment claim; and

13   •   The Complaint-in-Intervention is DISMISSED WITH

14       PREJUDICE.

15

16   The Court orders that such judgment be entered.

17

18

19  Dated: September 26, 2011

                                                          _Virginia A. Phillips_

20                                    VIRGINIA A. PHILLIPS

                             United States District Judge

21

22

23

24

25

26

27

28