UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBIE RAY PRECKWINKLE, an individual; STEPHEN RICE, an individual; CHAD SIVA, an individual,<br><br>        Plaintiffs,<br><br>  v.<br><br>COACHELLA VALLEY WATER DISTRICT, a public agency,<br><br>        Defendant. | Case No. EDCV 05-626-VAP(SGLx)<br><br>**AMENDED JUDGMENT NUNC PRO TUNC** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that:

- Judgment is entered in favor of Defendants and Plaintiffs shall take nothing as to Plaintiffs' claim for interference with a federal right;
- Judgment is entered in favor of Defendants and Plaintiff Bobbie Ray Preckwinkle shall take nothing as to Plaintiff's trespass claim;

1  • Judgment is entered in favor of Defendants and
2    Plaintiffs shall take nothing as to Plaintiffs'
3    conversion claim;
4  • Judgment is entered in favor of Defendants and
5    Plaintiffs shall take nothing as to Plaintiffs' claim
6    under 42 U.S.C. § 1983;
7  • Judgment is entered in favor of Defendants and
8    Plaintiffs shall take nothing as to Plaintiffs'
9    unlawful taxation claim;
10 • Judgment is entered in favor of Defendants and
11   Plaintiffs shall take nothing as to their declaratory
12   judgment claim; and
13 • The Complaint-in-Intervention is DISMISSED WITHOUT
14   PREJUDICE.

   The Court orders that such judgment be entered.

Dated: December 1, 2011

*Virginia A. Phillips*
VIRGINIA A. PHILLIPS
United States District Judge